UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES R. REINHOLDT, JR., <br><br> Petitioner, <br><br> v. <br><br> STEVE SINCLAIR and THE ATTORNEY GENERAL OF THE STATE OF WASHINGTON, <br><br> Respondents. | No. C09-5049 RBL/KLS <br><br> ORDER ADOPTING REPORT AND RECOMMEDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;
(2) Petitioner's writ of habeas corpus (Dkt. 1-2) is **DISMISSED WITHOUT PREJUDICE**; and
(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 25th day of September 2009.

Ronald B. Leighton
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1