# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES R. REINHOLDT, JR.,

        v.

STEVE SINCLAIR and THE ATTORNEY
GENERAL OF THE STATE OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5049RBL/KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus (Dkt. 1-2) is **DISMISSED WITHOUT PREJUDICE**.

| | |
|---|---|
|   September 25, 2009 |    BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |